IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Petitioner, | ) | |
| | ) | **MISCELLANEOUS CASE NO.** |
| v. | ) | **08-00025-KD-M** |
| | ) | |
| **SHAUN DORNSTADTER,** | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on review of the Notice filed by the Government. (Doc. 14). In the Notice, the Government "informs the Court that the Internal Revenue Services does not require any further action on the summons enforcement at this time and requests that this matter be closed." (Id.)

The Court construes the Government's "Notice" as a Rule 41(a)(2) Notice of Voluntary Dismissal without prejudice of its previously filed Petition to enforce a tax summons.

Accordingly, it is **ORDERED** that the Notice (Doc. 14) is **GRANTED** such that the Government's action against Shaun Dornstadter is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this **14th** day of **March 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**